IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST HARRIS,

        Petitioner,                   No. CIV S-07-0939 LKK KJM P

    vs.

ROBERT A. HOREL,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 9, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

/////

/////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 9, 2007, are adopted in full; and

2. This action is dismissed without prejudice.

DATED: April 4, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] In his objections, petitioner asserts that this action should not be dismissed as a "second or successive" petition under 28 U.S.C. § 2244 because petitioner's first habeas petition challenging the conviction at issue in this action had not yet been denied when petitioner filed this action. The court disagrees as there is nothing in 28 U.S.C. § 2244 indicating a petition cannot be "second or successive" for purposes of that statute unless the first petition had been adjudicated before filing of the second. See Ochoa v. Sirmons, 485 F.3d 538, 540-41 (10th Cir. 200) (second petition filed before appeal was complete with respect to the first was "second or successive" under 28 U.S.C. § 2244).