IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST HARRIS,

    Petitioner,                    No. CIV S-07-0939 LKK KJM P

    vs.

ROBERT A. HOREL, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 7, 2007 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529

1 U.S. 473, 484-85 (2000).  The certificate of appealability must "indicate which specific issue or
2 issues satisfy" the above  requirements.  28 U.S.C. § 2253(c)(3).
3      After reviewing the court's file, the court finds that it is at least debatable whether
4 petitioner's application for writ of habeas corpus states a valid claim of the denial of a
5 constitutional right as to claims one and three.  Also, it is at least debatable whether this action
6 was properly dismissed without prejudice for petitioner's failure to obtain the certification
7 required under 28 U.S.C. § 2244(a) & (b)(3) before proceeding with this action.  Therefore, a
8 certificate of appealability will issue.
9      IT IS SO ORDERED.
10 DATED:  June 16, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT