IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST HARRIS,

      Petitioner,                    No. CIV S-07-0939 LKK KJM P

   vs.

ROBERT A. HOREL,

      Respondent.              ORDER

_____/

      Pursuant to the Ninth Circuit's Court of Appeal's April 19, 2010 order, the Clerk of the Court is directed to file petitioner's May 18, 2007 application for writ of habeas corpus in CIV-S-04-1906 FCD KJM P and docket it as a motion to amend. The Clerk shall also file a copy of this order in CIV-S-04-1906 FCD KJM P and close this case.

DATED: May 20, 2010.

                                          U.S. MAGISTRATE JUDGE

1
harr0939.mta